G. ALBERT ZIMMERMANN, Agent for SOPHIA ZIMMERMANN, v. OUGHT HOLDING CORPORATION.— Motion granted so far as to direct the attorneys for the plaintiff

to accept notice of appeal.   Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.